# ATTORNEY - CLIENT CONTRACT

The undersigned, on payment of the required fee and/or retainer, hereby retain(s) and employ(s) **CYRUS J. ROEDEL**, Attorney at law, and the firm of **ROEDEL LAW OFFICES** to represent the undersigned in the case initiated under the Bankruptcy Code.

## A. SERVICES TO BE PROVIDED:

The Legal services to be rendered are as follows:

1. Preparation and filing of a Petition, Statement of Affairs and Schedules;

2. Attendance at the first scheduled meeting of creditors;

3. Preparation and filing of any pleadings and attendance at any hearings under 11 USC 362 for Relief from Stay by any creditor during the four months after the filing of the Bankruptcy Petition.

4. In a Chapter 11, 12 and 13 cases, the filing of a Chapter plan, attendance at the confirmation hearing(s), and preparation of the Confirmation Order.

## B. CHARGES FORM SUCH SERVICES

In consideration of the legal services to be rendered to the undersigned, the undersigned agrees to pay as follows:

1. The court filing fees as follows:

   a. Chapter 7      $338.00 – paid
   b. Chapter 11     $1,717.00
   c. Chapter 12     $275.00
   d. Chapter 13     $310.00

2. Attorney fees will be assessed either in a flat fee plus court costs or in the sum of $275.00 per hour for all work necessary for bankruptcy case, plus costs and fees, whichever is most appropriate for your particular case. In this matter, we have determined that you will be

   a. _____ Billed hourly, plus costs and court fees.

   b. _____ Billed a flat rate of $862 .00  (paid)_____ plus costs and court fees.

**C. FURTHER TERMS:**

The undersigned further agrees and understands the following

1. Counsel in no way guarantees or represents that the bankruptcy filing will resolve all of the financial problems of the undersigned;

2. The undersigned has provided to counsel true and correct information which has been used for preparation of all bankruptcy schedules;

3. The undersigned is to keep his/her/their financial agreement with counsel. If this is not done, such will be grounds for counsel to withdraw from the case.

4. In a chapter 7 case, preparation and filing of any necessary motions to avoid liens on your exempt assets additional fee of $300.00 per Lien. If you are a homeowner, **you** must check the county recorder's office for judgment liens against your property. If there are any, you must bring a copy of the recorded lien to the attorney before the case is filed. These must be removed within 60 days of filing the bankruptcy or they will remain as a lien against your residence;

5. Attendance at any continued or additional first meeting of creditors will be an additional $200.00;

6. Attorney fees do not include handling any matter relating in any way to an adversary proceeding or objection to discharge or 707 proceeding to convert to chapter 13 or dismiss;

7. Amendments to statements or schedules including adding creditors is an additional $200.00;

Date 5-9-2024    _[signature] Christopher Lani_

Date 5/9/2024    _[signature] Rachel A. Lester_

Date 5/9/2024    _[signature]_